**Order entered December 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00006-CR
## No. 05-15-00007-CR
## No. 05-15-00008-CR
## No. 05-15-00009-CR

**GARY WAYNE BARNES SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F80-16530-J, F81-01027-J, F81-01105-J, F81-02518-J**

## ORDER

The Court **DENIES** appellant's November 9, 2015 motion to not accept the *Anders* brief filed by counsel.

Appellant also filed a "requested motion for an extension of time to file a pro se brief." By letter dated December 1, 2015, the Court gave appellant until January 28, 2016 to file his pro se response. As that date has not yet passed, we **DENY** as premature the request for an extension of time to file the pro se response.

We **DIRECT** the Clerk to send copies of this order to Gary Wayne Barnes, Sr., Nanette Hendrickson, and the Dallas County District Attorney's Office.


/s/     LANA MYERS
          JUSTICE